**Thomas J. Cotton, Esq.**
SCHENCK, PRICE, SMITH & KING, LLP
220 Park Avenue, P.O. Box 991
Florham Park, New Jersey 07932-0991
(973) 539-1000
*Attorneys for Defendant,*
*Pro Custom Solar LLC d/b/a Momentum Solar*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THOMAS NIEMCZYK, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>PRO CUSTOM SOLAR LLC d/b/a MOMENTUM SOLAR,<br><br>Defendant. | CIVIL ACTION<br><br>No. 2:19-cv-7846<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Oral Argument Requested<br><br>Motion Date: September 16, 2019 |

To:   Matthew R. Mendelsohn, Esq.
      Mazie Slater Katz & Freeman, LLC
      103 Eisenhower Parkway
      Roseland, New Jersey 07068
      Email: mrm@mazieslater.com
      *Attorneys for Plaintiff*

   PLEASE TAKE NOTICE that on September 16, 2019, at 9:00 am or as soon thereafter as counsel may be heard, the undersigned attorneys for defendant Pro Custom Solar LLC d/b/a Momentum Solar ("Defendant") will apply to the above-named Court at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an order dismissing plaintiff's second amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6); and for such other relief as this Court deems just and proper.

   PLEASE TAKE FURTHER NOTICE that in support of this motion, Defendant will rely upon its brief and certification of counsel, along with all exhibits attached to same. A proposed form of order is submitted herewith for the Court's consideration.

Dated: Florham Park, New Jersey
       July 14, 2019

                                        SCHENCK, PRICE, SMITH & KING, LLP

By: s/ Thomas J. Cotton
Thomas J. Cotton

220 Park Avenue, P.O. Box 991
Florham Park, NJ 07932-0991
Telephone: (973) 539-1000
Fax: (973) 540-7300

tjc@spsk.com

*Attorneys for Defendant,*
*Pro Custom Solar LLC d/b/a Momentum Solar*