# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK

## Minutes of Proceedings

**Judge:** **Esther Salas**              Date: March 27, 2020

Court Reporter: Mary Jo Monteleone

Deputy Clerk: Elisaveta Kalluci

Docket # **Cv. 19-7846 (ES)(SCM)**

**Title of Case:**

NIEMCZYK v. PRO CUSTOM SOLAR

**Appearances:**

Matthew Ross Mendelsohn, Esq., for the plant.
Thomas J. Cotton, Esq., for the deft.

**Nature of Proceedings:**     MOTION TO DISMISS HEARING

Hearing on Defendant's [12] Motion to Dismiss held telephonically.
Oral arguments heard by counsel.
Court RESERVED decision.
Order to be filed.

Time Commenced: 1:05 p.m.
Time Adjourned: 2:30 p.m.
Total Time: 1.25

                                        Elisaveta Kalluci
                                        Courtroom Deputy