# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF NEW JERSEY*
# *NEWARK*

## Minutes of Proceedings

Judge:  Esther Salas                    Date: April 1, 2020

Court Reporter:  Mary Jo Monteleone

Deputy Clerk : Elisaveta Kalluci

                                Docket # **Cv. 19-07846(ES)(SCM)**
**Title of the Case**

NIEMCZYK v. PRO CUSTOM SOLAR

**Appearances:**

No Appearances

**Nature of Proceedings:**

Opinion on the Defendant's pending motion to dismiss (D.E. No. [12]) read into the record.

                                          Elisaveta Kalluci
                                          Courtroom Deputy