Not for Publication

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **THOMAS NIEMCZYK,**  Plaintiff,  v.  **PRO CUSTOM SOLAR,**  Defendant. | Civil Action No. 19-7846 (ES) (SCM)  ORDER |

**SALAS, DISTRICT JUDGE**

Before the Court is defendant Pro Custom Solar's d/b/a Momentum Solar ("Defendant") motion to dismiss the second amended class action complaint under Federal Rule of Civil Procedure 12(b)(6). (D.E. No. 12). Having considered the parties' submissions, and having held oral argument on March 27, 2020; and for the reasons stated on the record on April 1, 2020 (D.E. No. 25);

IT IS on this 1st day of April 2020,

**ORDERED** that Defendant's motion to dismiss (D.E. No. 12) is DENIED; and it is further

**ORDERED** that the Clerk of Court TERMINATE Docket Entry Number 12.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**