## MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ 07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn°
David M. Estes

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Writer's Direct Dial & Email:
(973) 228-0391
mrm@mazieslater.com

Karen G. Kelsen°
Adam M. Epstein°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°
Trevor D. Dickson

°Member of N.J. & N.Y. Bars

June 7, 2024

*Via ECF*
Hon. Michael A. Hammer, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
Courtroom MLK 2C
50 Walnut Street
Newark, NJ 07101

    Re:    **Niemczyk v. Pro Custom Solar LLC**
           **Docket No. 2:19-cv-7846-ES-MAH**

           **Walters, et al. v. Pro Custom Solar, LLC**
           **Docket No. 2:22-cv-00247-ES-MAH**

           *Joint Request for Scheduling Extension*

Dear Judge Hammer:

       The parties provide this Joint Letter pursuant to the November 26, 2019 Pretrial Scheduling Order, Dkt. No. 20, and the Court's March 21, 2024 and April 26, 2024 Text Orders, ECF Nos. 160.

       We write, with the consent of all parties, to respectfully request a one-month extension to the class certification deadlines ordered by the Court on April 26, 2024. *See* Dkt. No. 160. Counsel believe they have come to an agreement in principle on all key provisions of the Settlement Term Sheet but are waiting on final approval of the parties. Once the term sheet is executed, the parties will jointly request for the Court to vacate the class certification deadlines altogether so that they can focus on executing a long-form settlement agreement in line with the term sheet. The parties intend to finalize and execute a full settlement agreement, and all corresponding exhibits thereto, within 60 days of executing the term sheet. In lieu of class certification deadlines, the parties will then ask to set deadlines for the filing of an anticipated motion for preliminary approval.

       Allowing this progress to continue will be in the best interests of the parties and this Court. With that in mind, the parties respectfully propose the below extensions related to the class certification deadlines ordered by the Court:

Hon. Michael A. Hammer, U.S.M.J.
June 7, 2024
Page 2

| Event | Current Deadline | Requested Extension |
|---|---|---|
| Plaintiffs' Motion for Class Certification | June 7, 2024 | July 8, 2024 |
| Defendant's Opposition toMotion for Class Certification | July 29, 2024 | August 30, 2024 |
| Plaintiffs' Reply in Support of Class Certification | August 30, 2024 | September 30, 2024 |

If this request is acceptable to Your Honor, then the parties respectfully request this letter be stamped "So Ordered" and entered upon the dockets for both *Niemczyk* and *Walters*. Should Your Honor require additional information, we will provide it immediately.

Respectfully submitted,

**MAZIE SLATER KATZ & FREEMAN, LLC**

*s/ Matthew Mendelsohn*
Matthew Mendelsohn, Esq.
103 Eisenhower Parkway
Roseland, NJ 07068
(973) 228-9898
mmendelsohn@mskf.net

*Attorneys for Plaintiffs*

**SCHENK, PRICE, SMITH & KING, LLP**

*s/ Thomas J. Cotton*
Thomas J. Cotton, Esq.
220 Park Avenue
Florham Park, New Jersey 07932-0991
(973) 539-1000
tjc@spsk.com

*Attorneys for Defendant*

cc: All Counsel (via ECF)

SO ORDERED

*s/Michael A. Hammer*
Michael A. Hammer, U.S.M.J.

Date: 6/10/2024