# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS NIEMCZYK, individually and on behalf of a class of similarly situated individuals,<br><br>      Plaintiff,<br>v.<br><br>PRO CUSTOM SOLAR LLC, D/B/A MOMENTUM SOLAR<br><br>      Defendant. | Case No.: 2:19-cv-7846-ES-MAH<br><br>**NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS, AND TO DIRECT CLASS NOTICE** |
| HERBERT WALTERS, RICK HILL, and BARRY WOLFORD, individually and on behalf of a class of similarly situated individuals,<br><br>      Plaintiffs,<br>v.<br><br>PRO CUSTOM SOLAR LLC, D/B/A MOMENTUM SOLAR<br><br>      Defendant. | Case No.: 2:22-cv-00247- ES-MAH |

To:    Thomas J. Cotton
        Schenck, Price, Smith & King, LLP
        220 Park Avenue, P.O. Box 991
        Florham Park, New Jersey 07932
        *Attorneys for Pro Custom Solar LLC, D/B/A Momentum Solar*

COUNSEL:

     Please take notice that on October 21, 2024, or as soon thereafter as counsel may be heard, Plaintiff, by and through the undersigned counsel will move before the Honorable Michael A. Hammer, U.S.M.J., of the United States District Court for the District of New Jersey, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, MLK 2C, Newark, NJ

07101, for the entry of an order granting preliminary approval of a proposed class action settlement, conditional certification of a settlement class, and to direct class notice.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Plaintiff shall rely upon the accompanying Memorandum, Declaration of Matthew R. Mendelsohn, Declaration of Steven Weisbrot, Plaintiffs' Declarations and the attached Proposed Order.

Dated: September 20, 2024    By:    */s/ Matthew R. Mendelsohn*
Matthew R. Mendelsohn
**MAZIE SLATER KATZ & FREEMAN, LLC**
103 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 228-9898
mrm@mazieslater.com

Yeremey Krivoshey
**SMITH KRIVOSHEY, PC**
166 Geary Str STE 1500-1507
San Francisco, CA 94108
Tel: 415-839-7000
yeremey@skclassactions.com

Joseph I. Marchese
**BURSOR & FISHER, PA**
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: 646-837-7410
jmarchese@bursor.com

*Attorneys for Plaintiffs and the Settlement Class*