IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS NIEMCZYK, individually and on behalf of a class of similarly situated individuals,<br><br>　　　　Plaintiff,<br>　v.<br><br>PRO CUSTOM SOLAR LLC, D/B/A MOMENTUM SOLAR<br><br>　　　　Defendant. | Case No.: 2:19-cv-7846-ES-MAH<br><br>**NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |
| HERBERT WALTERS, RICK HILL, and BARRY WOLFORD, individually and on behalf of a class of similarly situated individuals,<br><br>　　　　Plaintiffs,<br>　v.<br><br>PRO CUSTOM SOLAR LLC, D/B/A MOMENTUM SOLAR<br><br>　　　　Defendant. | Case No.: 2:22-cv-00247- ES-MAH |

To:　Thomas J. Cotton
　　　Schenck, Price, Smith & King, LLP
　　　220 Park Avenue, P.O. Box 991
　　　Florham Park, New Jersey 07932
　　　*Attorneys for Pro Custom Solar LLC, D/B/A Momentum Solar*

COUNSEL:

　　Please take notice that on August 18, 2025 at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiffs, by and through the undersigned counsel will move before the Honorable Michael A. Hammer, U.S.M.J., of the United States District Court for the District of New Jersey, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, MLK 2C, Newark, NJ 07101, for the entry of an order granting final approval of the class action settlement.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Plaintiffs shall rely upon the accompanying Brief, Declaration of Matthew R. Mendelsohn, Declaration of Steven Weisbrot and the attached Proposed Order.

Dated: July 14, 2025         By:      /s/ Matthew R. Mendelsohn
                                      Matthew R. Mendelsohn
                                      **MAZIE SLATER KATZ & FREEMAN, LLC**
                                      103 Eisenhower Parkway
                                      Roseland, NJ 07068
                                      Telephone: (973) 228-9898
                                      mrm@mazieslater.com

                                      Yeremey Krivoshey
                                      **SMITH KRIVOSHEY, PC**
                                      166 Geary Str STE 1500-1507
                                      San Francisco, CA 94108
                                      Tel: 415-839-7000
                                      yeremey@skclassactions.com

                                      Joseph I. Marchese
                                      **BURSOR & FISHER, PA**
                                      1330 Avenue of the Americas, 32nd Floor
                                      New York, NY 10019
                                      Tel: 646-837-7410
                                      jmarchese@bursor.com

                                      *Attorneys for Plaintiffs and the Settlement Class*